UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. JOSEPH TABOURNE, CARLA TABOURNE<br><br>    Plaintiffs<br><br><br>JEFFREY TABOURNE, CHRISTOPHER TABOURNE, MOUNTAINSIDE PSYCHIATRIC HOSPITAL (MONTCLAIR NEW JERSEY), SPRING CYPRESS ASSISTED LIVING AND MEMORY CARE, JOHN DOES 1-10, VERICONA JENSON, R.N. AKIA<br>    Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION-ESSEX COUNTY<br><br><br>Civil Action No. 2:22-cv-02358-ES-AME<br><br>CORRECTED<br><br><br>CONSENT TO DISCHARGE LIS PENDENS |

Dear JUDGE, CLERK and COUNSEL:

Please accept this my letter RESPONSE GIVING VOLUNTARY CONSENT TO DISCHARGE

OF LIS PENDENS. I also submit that I am presently in trial before JUDGE BEECHAM, NJ SUPERIOR COURT , have no staff , and do not have the wherewithal to do much of anything right now , I also cannot fully respond to any communications which counsel references . To save time and WHATEVER, I ASK THAT DEFENDANTS' COUNSEL DRAFT THE LIS PENDENS  , as it might be a while before the undersigned will be in a position to have same done . The undersigned, between trial hours is also trying to respond to several summary judgment motions, WITHOUT STAFF TO TYPE OR ASSIST IN SAME. Again, BECAUSE OF COVID, without trials for four years, there has been no income to this CIVIL RIGHTS SOLE PRACTICIONER TO HIRE STAFF TO GET THINGS DONE.

I AGAIN ASK DEFENSE COUNSEL TO SUBMIT THE FORM TO ME FOR SIGNATURE

There has been NO intentional disregard of any communications of defense counsel. There certainly was no reason for fees to be imposed.


/S/ ELDRIDGE HAWKINS

ELDRIDGE HAWKINS