ELDRIDGE HAWKINS LLC
Attorney At Law
Attorney ID No. 214731967
60 Evergreen Place, Suite 510
East Orange, New Jersey 07018
Tel: (973) 676-5070 Fax: (973) 676-7356
hwklaw@aol.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| DR. JOSEPH TABOURNE ET AL<br><br>Plaintiff<br><br>V<br><br><br>JEFFREY TABOURNE, ET AL<br>Defendants | Civil Action<br><br>Civil Action No.: 22-02358-ES-AME<br><br><br>RE: INQUIRY/REQUEST FOR LEAVE TO FILE A MOTION TO SET ASIDE A PRENUP |
|---|---|

TO:

Attn: Clerk
Hon. Andre M. Espinosa, USMJ
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey

Dear Court and Clerk:

I have obtained another counsel's assistance in complying with this opinion and order and I was asked to make this inquiry if leave of court is required to MOVE TO SET ASIDE THE PRENUPTIAL AGREEMENT?

Thus, I make this inquiry whether such a motion may be filed as

1

a motion for leave to serve a supplemental proceeding pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15(d).

Kindly advise if the Court's last order and opinion allows for a notice of motion to set aside the prenuptial agreement, or if any other LEAVE OF COURT IS REQUIRED? If so, we hereby request leave.

/s/ Eldridge Hawkins
**ELDRIDGE HAWKINS, ESQUIRE**