**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. JOSEPH TABOURNE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JEFFREY TABOURNE, et al.,<br><br>　　　　　　　　　　Defendants, | Civil Action No. 22-02358 (JKS) (AME)<br><br>**ORDER** |

**SEMPER, District Judge.**

　　This matter comes before the Court on Magistrate Judge André Espinosa's Report and Recommendation ("R&R"), issued on March 4, 2024, denying Mrs. Tabourne's application for leave to file a motion to set aside the Prenuptial Agreement (ECF 81), denying Mrs. Tabourne's application for leave to file a Rule 60(b) motion to vacate the December 15 Opinion and Order (ECF 85), and recommending that this Court dismiss Dr. Tabourne's claims pursuant to Rule 25(a)(1). No objections to the R&R have been filed. This Court has considered Judge Espinosa's R&R, and for substantially the same reasons stated therein,

　　**IT IS** on this 21st day of March, 2024,

　　**ORDERED** that Dr. Tabourne's claims are **DISMISSED** pursuant to Rule 25(a)(1) in accordance with Judge Espinosa's R&R; and it is further

　　**ORDERED** that this Court adopts Judge Espinosa's March 4, 2024, R&R (ECF 91).

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jamel K. Semper_____
　　　　　　　　　　　　　　　　　　　　　　　　**JAMEL K. SEMPER, U.S.D.J.**